IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ROEL CANALES, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 6:18-cv-00095 |
| | § | |
| ALLSTATE TEXAS LLOYDS, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## PLAINTIFF'S JURY DEMAND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 38, 39 and 81(c)(3), Plaintiff, Roel Canales, files this Jury Demand, and respectfully requests trial by jury on all issues so triable.

[Signature on next page]

Respectfully submitted,

**DALY & BLACK, P.C.**

By:    /s/ *David L. Bergen*
       Richard D. Daly, Attorney-in-Charge
       Southern District Bar No. 20706
       State Bar No. 00796429
       rdaly@dalyblack.com

       **DALY & BLACK, P.C.**
       2211 Norfolk Street, Suite 800
       Houston, Texas 77098
       Tel: (713) 655-1405
       Fax: (713) 655-1587
       ecfs@dalyblack.com (service)
       **ATTORNEY-IN-CHARGE FOR PLAINTIFF**

*Of Counsel:*
David L. Bergen
Southern District Bar No. 2858355
State Bar No. 24097371
dbergen@dalyblack.com

**DALY & BLACK, P.C.**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Tel: (713) 655-1405
Fax: (713) 655-1587

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2018, a true and correct copy of the forgoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

W. Neil Rambin
Susan E. Egeland
Sara E. Inman
Drinker Biddle & Reath LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
Telephone (469) 357-2500
Telecopy (469) 327-0860
rambindocket@dbr.com
susan.egeland@dbr.com
sara.inman@dbr.com

**ATTORNEY FOR DEFENDANTS
ALLSTATE TEXAS LLOYDS**

                                                */s/ David L. Bergen*
                                                  David L. Bergen