UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **ROEL CANALES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:18-cv-00095 |
| | § | |
| **ALLSTATE TEXAS LLOYD'S,** | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant ALLSTATE TEXAS LLOYD'S files this Notice of Settlement and respectfully notifies the Court that on July 19, 2019, Defendant and Plaintiff Roel Canales entered into an agreement to settle this case. The parties anticipate that within sixty (60) days, a settlement agreement will be signed by all parties and Agreed Stipulation of Dismissal With Prejudice will be filed.

        Respectfully Submitted,

         */s/ Susan E. Egeland*
        W. NEIL RAMBIN
        ATTORNEY-IN-CHARGE
        State Bar No. 16492800
        Southern District No. 5450
        rambindocket@dbr.com
        SUSAN E. EGELAND
        State Bar No. 24040854
        Southern District No. 1804016
        susan.egeland@dbr.com
        SARA E. INMAN
        State Bar No. 24073098
        Southern District No. 3008974
        sara.inman@dbr.com
        DRINKER BIDDLE & REATH LLP
        1717 Main Street, Suite 5400
        Dallas, Texas  75201
        (469) 357-2500 (Telephone)
        (469) 327-0860 (Fax)

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure on August 1, 2019.

         */s/ Sara E. Inman*
        SARA E. INMAN